UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph P. Stanislaw, *et al.*,

          Plaintiffs,    Case No. 18-cv-11556

v.    Judith E. Levy
    United States District Judge

Thetford Township, *et al.*,

    Mag. Judge Kimberly G. Altman

          Defendants.

_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed.

          KINIKIA D. ESSIX
          CLERK OF THE COURT

    By:  s/Holly Ryan
          DEPUTY COURT CLERK

Date: August 2, 2023

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE